BENJAMIN B. WAGNER
United States Attorney

KAYCEE M. SULLIVAN
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Fax: (202) 307-0054
E-mail: kaycee.m.sullivan@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES C. CASTLE,<br>a.k.a. J. CHRIS CASTLE,<br><br>                Defendant. | Civ. No.<br><br>**COMPLAINT TO NULLIFY AND ENJOIN FALSE LIEN FILINGS** |

The United States of America (hereinafter "United States"), by and through its undersigned counsel, complains and alleges as follows:

**JURISDICTION AND VENUE**

1. The United States brings this action to obtain a judicial declaration that certain documents filed by defendant James C. Castle with the Secretary of State for the State of California against certain employees of the United States are null, void, and without legal effect; and to enjoin the defendant from all future filings of similar documents.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 26 U.S.C. § 7402.

3. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims of the United States occurred in this judicial district.

COMPLAINT
(Civ. No. _____ )      - 1 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 514-9593

## CLAIM FOR RELIEF:

## REQUEST FOR ORDER NULLIFYING AND ENJOINING FALSE LIEN FILINGS

4. The United States incorporates by reference the allegations contained in Paragraphs 1 through 3, above, as if fully set forth here.

5. On October 23, 2009, defendant Castle filed with the Secretary of State for the State of California a UCC Financing Statement, Document Number 22730870002, falsely describing Paul Enjalran as a debtor. A true and correct copy of the UCC Financing Statement is attached hereto as Exhibit 1.

6. On November 9, 2009, defendant Castle filed with the Secretary of State for the State of California a UCC Financing Statement, Document Number 22903650003, falsely describing R. A. Mitchell as a debtor. A true and correct copy of the UCC Financing Statement is attached hereto as Exhibit 2.

7. At all times pertinent to this action, Paul Enjalran was a Revenue Officer for the Internal Revenue Service involved in the collection of unpaid taxes from defendant Castle.

8. At all times pertinent to this action, Renee A. Mitchell was a Director of Campus Compliance Operations, Cincinnati, for the Internal Revenue Service. Director Mitchell's name appears on notices of federal tax liens issued by the Internal Revenue Service, but she has no direct involvement in individual cases.

9. The UCC Financing Statements particularly described in paragraphs 5-6, above, were filed by defendant Castle in retaliation for the acts performed by the employees of the Internal Revenue Service as part of their official duties.

10. The UCC Financing Statements particularly described in paragraphs 5-6, above, which purport to encumber the real and personal property of Revenue Officer Enjalran and Director Mitchell in liens totaling $148,659.20, are specifically designed to cause substantial interference with the enforcement of the laws of the United States pertaining to the internal revenue and to molest, interrupt, hinder, intimidate or impede employees of the United States in the good faith performance of their official duties.

COMPLAINT
(Civ. No. _____ )    - 2 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 514-9593

1        11. The UCC Financing Statements particularly described in paragraphs 5-6, above, are without any legal basis whatsoever, and are solely designed to harass federal employees in their personal lives for the performance of their official duties, and thus impose immediate and irreparable harm upon them.

        12. The UCC Financing Statements particularly described in paragraphs 5-6, above, impose an immediate and irreparable injury upon the United States by impeding, obstructing, and impairing the execution of the official duties of its employees.

        13. The public interest will be served by an Order declaring the UCC Financing Statements particularly described in paragraphs 5-6, above, to be null and void, and permanently enjoining defendant Castle and all those in active concert or participation with him from filing, or attempting to file, any document or instrument which purports to create a nonconsensual lien against the property of any federal employee.

        WHEREFORE, the plaintiff, the United States of America, respectfully prays as follows:

        A. That the Court determine, adjudge, and declare the UCC Financing Statements particularly described in paragraphs 5-6, above, to be null, void, and of no legal effect;

        B. That the Court expunge and remove any record of the UCC Financing Statements particularly described in paragraphs 5-6, above, from the official records of the Secretary of State for the State of California;

        C. That the Court grant leave to file any Order or Judgment obtained in the present case with the Secretary of State for the State of California, and in the public records of any other jurisdiction where documents identical or similar to the UCC Financing Statements particularly described in paragraphs 5-6, above, may have been filed by the defendant;

        D. That the Court permanently enjoin defendant James C. Castle, his agents, employees, and all others in active concert or participation with the defendant from filing, or attempting to file, any document or instrument which purports to create any nonconsensual lien or encumbrance against the person or property of any employee of the United States; and

COMPLAINT
(Civ. No. _____ )         - 3 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 514-9593

E.   That the Court grant such further relief as the Court deems to be just and proper.

Respectfully submitted this 16th day of March, 2009.

        BENJAMIN B. WAGNER
        United States Attorney

        /s/ Kaycee M. Sullivan
        KAYCEE M. SULLIVAN
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-9593
        Fax: (202) 307-0054
        E-mail: kaycee.m.sullivan@usdoj.gov

        *Attorneys for the United States of America*

COMPLAINT
(Civ. No. _____ )                - 4 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 514-9593