IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES C. CASTLE, a.k.a. J. CHRIS CASTLE,<br><br>        Defendant. | 2:10-CV-00613-GEB-EFB<br><br>ORDER |

Since Defendant James Chris Castle is proceeding in *pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21).

Dated: May 25, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge