May 20, 2010

From: me, a man, and agent for the:
JAMES C CASTLE
c/o 1535 Farmers Lane #181
Santa Rosa, California 95405
Telephone: (707) 658-1668



**FILED**

MAY 2 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

To Judges Chambers:
The Honorable Garland E. Burrell, Jr.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street
Sacramento, CA 95814

Reference: Case/Docket Number: Civil No. 2:10-cv-00613-GEB-EFB, UNITED STATES
DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Dear Judge Burrell,

This is notice of disposition and settlement (Local Rule 160). It is my sincere desire to spare the public unnecessary expense and to bring this matter to closure as soon as possible. Based on the law by the record and pleadings of the parties, I see no reason that Case/Docket Number: Civil No. 2:10-cv-00618-MCE-EFB should not be dismissed with prejudice and that the ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE set for June 28, 2010 at 09:00 AM should not be cancelled.

Yours Truly,

*[signature]*