1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,            No. CIV S-10-613 GEB EFB PS

10             Plaintiff,

11        vs.

12   JAMES CHRIS CASTLE aka
     J. CHRIS CASTLE,
13
               Defendant.              ORDER TO SHOW CAUSE
14   _____/

15        This case is before the undersigned pursuant to Eastern District of California Local Rule

16   302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On June 2, 2010, the undersigned issued an order setting

17   a status (pretrial scheduling) conference for July 14, 2010 and directing the parties to file a status

18   report within fourteen days of the scheduled conference (or by June 30, 2010).  Dckt. No. 13.

19        On June 30, 2010, plaintiff filed a status report in accordance with the June 2 order;

20   however, no such status report was filed by defendant.  Therefore, defendant will be ordered to

21   file a status report and will also be ordered to show cause why he should not be sanctioned for

22   his failure to comply with the June 2, 2010 order.  E.D. Cal. L.R. 110 ("Failure of counsel or of a

23   party to comply with these Rules or with any order of the Court may be grounds for imposition

24   by the Court of any and all sanctions authorized by statute or Rule or within the inherent power

25   of the Court."); *see also* L.R. 183 ("Any individual representing himself or herself without an

26   attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local

1

Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, IT IS HEREBY ORDERED that:

1.  The status (pretrial scheduling) conference currently set for July 14, 2010 is continued to August 25, 2010 at 10:00 a.m. in Courtroom No. 24.

2.  On or before August 11, 2010, defendant shall file a status report addressing the issues raised in the June 2, 2010 order, Dckt. No. 13 at 2.

3.  On or before August 11, 2010, defendant shall show cause, in writing, why sanctions should not be imposed for her failure to comply with the June 2, 2010 order.

4.  Plaintiff is not required to file a further status report or a response to defendant's status report, but if it elects to do so, any such status report or response to defendant's status report shall be filed on or before August 18, 2010.

5.  Failure of defendant to comply with this order may result in the imposition of sanctions, including a recommendation for entry of default against defendant.

DATED: July 7, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2