1  BENJAMIN B. WAGNER
United States Attorney

2

3  KAYCEE M. SULLIVAN
U.S. Department of Justice
P.O. Box 683

4  Ben Franklin Station
Washington, D.C. 20044

5  Telephone: (202) 514-9593
Fax: (202) 307-0054

6  E-mail: kaycee.m.sullivan@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,            )        Civ. No. 2:10-cv-00613-GEB-EFB

11                                   )
                          Plaintiff, )

12                                   )
              vs.                    )        **SECOND AMENDED COMPLAINT**

13                                   )        **TO NULLIFY AND ENJOIN FALSE**
                                     )        **LIEN FILINGS**
JAMES C. CASTLE, a.k.a. J. CHRIS     )

14  CASTLE, and LARA KARAKASEVIC      )
                                     )

15                        Defendants. )
                                     )

16

17        The United States of America, by and through its undersigned counsel, complains and

18  alleges as follows:

19                          **JURISDICTION AND VENUE**

20        1.    The United States brings this amended action to obtain a judicial declaration that

21  certain documents filed by defendants James C. Castle and Lara Karakasevic with the Secretary

22  of State for the State of California against certain employees of the United States are null, void,

23  and without legal effect; and to enjoin the defendants from all future filings of similar

24  documents.

25        2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and

26  26 U.S.C. § 7402.

27        3.    Venue is proper in the Eastern District of California pursuant to 28 U.S.C. §

28

SECOND AMENDED COMPLAINT
(Civ. No. 2:10-cv-613)              - 1 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 514-9593

1   1391(b) because the events giving rise to the claims of the United States occurred in this judicial

2   district.

### CLAIM FOR RELIEF:

### REQUEST FOR ORDER NULLIFYING AND ENJOINING FALSE LIEN FILINGS

5        4.    The United States incorporates by reference the allegations contained in

6   Paragraphs 1 through 3, above, as if fully set forth here.

7        5.    On October 23, 2009, defendant Castle filed with the Secretary of State for the

8   State of California a UCC Financing Statement, Filing Number 09-7212189867, falsely

9   describing Paul Enjalran as a debtor.  A true and correct copy of the UCC Financing Statement is

10  attached hereto as Exhibit 1.

11       6.    On November 9, 2009, defendant Castle filed with the Secretary of State for the

12  State of California a UCC Financing Statement, Filing Number 09-7213771724, falsely

13  describing R. A. Mitchell as a debtor.  A true and correct copy of the UCC Financing Statement

14  is attached hereto as Exhibit 2.

15       7.    On March 12, 2010, defendants Castle and Karakasevic filed with the Secretary

16  of State for the State of California a UCC Financing Statement, Filing Number 10-7225380533,

17  falsely describing Cheerlen Chang as a debtor.  A true and correct copy of the UCC Financing

18  Statement is attached hereto as Exhibit 3.

19       8.    On March 12, 2010, defendants Castle and Karakasevic filed with the Secretary

20  of State for the State of California a UCC Financing Statement, Filing Number 10-7225386094,

21  falsely describing Cheerlen Chang and Christopher Phillips as debtors.  A true and correct copy

22  of the UCC Financing Statement is attached hereto as Exhibit 4.

23       9.    On June 30, 2010, defendants Castle and Karakasevic filed with the Secretary of

24  State for the State of California a UCC-3 Financing Statement Amendment, amending Filing

25  Number 10-7225386094.  A true and correct copy of the UCC Financing Statement Amendment

26  is attached hereto as Exhibit 5.

27       10.    At all times pertinent to this action, Paul Enjalran was a Revenue Officer for the

28

SECOND AMENDED COMPLAINT
(Civ. No. 2:10-cv-613)     - 2 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:  (202) 514-9593

1    Internal Revenue Service involved in the collection of unpaid taxes from defendant Castle.

2         11.    At all times pertinent to this action, Renee A. Mitchell was a Director of Campus

3    Compliance Operations, Cincinnati, for the Internal Revenue Service.  Director Mitchell's name

4    appears on notices of federal tax liens issued by the Internal Revenue Service, but she has no

5    direct involvement in individual cases.

6         12.    At all times pertinent to this action, Cheerlen Chang was a Revenue Agent for the

7    Internal Revenue Service involved in the examination of tax promoters of abusive tax avoidance

8    transactions by defendants Castle and Karakasevic.

9         13.    At all times pertinent to this action, Christopher Phillips was a Group Manager for

10   the Internal Revenue Service, supervising the examination of abusive tax avoidance transactions

11   by defendants Castle and Karakasevic.

12        14.    The UCC Financing Statements particularly described in paragraphs 5-9, above,

13   were filed by defendants Castle and Karakasevic in retaliation for the acts performed by the

14   employees of the Internal Revenue Service as part of their official duties.

15        15.    The UCC Financing Statements particularly described in paragraphs 5-9, above,

16   which purport to encumber the real and personal property of Revenue Officer Enjalran, Director

17   Mitchell, Revenue Agent Chang, and Group Manager Phillips in liens totaling at least

18   $2,161,159.20, are specifically designed to cause substantial interference with the enforcement

19   of the laws of the United States pertaining to the internal revenue and to molest, interrupt,

20   hinder, intimidate or impede employees of the United States in the good faith performance of

21   their official duties.

22        16.    The UCC Financing Statements particularly described in paragraphs 5-9, above,

23   are without any legal basis whatsoever, and are solely designed to harass federal employees in

24   their personal lives for the performance of their official duties, and thus impose immediate and

25   irreparable harm upon them.

26        17.    The UCC Financing Statements particularly described in paragraphs 5-9, above,

27   impose an immediate and irreparable injury upon the United States by impeding, obstructing,

28

SECOND AMENDED COMPLAINT
(Civ. No. 2:10-cv-613)                          - 3 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:  (202) 514-9593

1   and impairing the execution of the official duties of its employees.

2        18.   The public interest will be served by an Order declaring the UCC Financing

3   Statements particularly described in paragraphs 5-9, above, to be null and void, and permanently

4   enjoining defendants Castle, Karakasevic, and all those in active concert or participation with

5   them from filing, or attempting to file, any document or instrument which purports to create a

6   nonconsensual lien against the property of any federal employee.

7        WHEREFORE, the plaintiff, the United States of America, respectfully prays as

8   follows:

9        A.   That the Court determine, adjudge, and declare the UCC Financing Statements

10   particularly described in paragraphs 5-9, above, to be null, void, and of no legal effect;

11        B.   That the Court expunge and remove any record of the UCC Financing Statements

12   particularly described in paragraphs 5-9, above, from the official records of the Secretary of

13   State for the State of California;

14        C.   That the Court grant leave to file any Order or Judgment obtained in the present

15   case with the Secretary of State for the State of California, and in the public records of any other

16   jurisdiction where documents identical or similar to the UCC Financing Statements particularly

17   described in paragraphs 5-9, above, may have been filed by the defendants;

18        D.   That the Court permanently enjoin defendants James C. Castle, Lara Karakasevic,

19   their agents, employees, and all others in active concert or participation with the defendants from

20   filing, or attempting to file, any document or instrument which purports to create any

21   nonconsensual lien or encumbrance against the person or property of any employee of the United

22   States; and

23        E.   That the Court grant such further relief as the Court deems to be just and proper.

24

25

26

27

28

SECOND AMENDED COMPLAINT
(Civ. No. 2:10-cv-613)                    - 4 -

U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:  (202) 514-9593

1      Respectfully submitted this 5th day of October, 2010.

2

3                                       BENJAMIN B. WAGNER
                                        United States Attorney
4

5                                       /s/ Kaycee M. Sullivan
                                        KAYCEE M. SULLIVAN
6                                       U.S. Department of Justice
                                        P.O. Box 683
7                                       Ben Franklin Station
                                        Washington, D.C. 20044
8                                       Telephone: (202) 514-9593
                                        Fax: (202) 307-0054
9                                       E-mail: kaycee.m.sullivan@usdoj.gov

10

11                                      *Attorneys for the United States of America*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28