

**FILED**
AUG 2 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES C. CASTLE, a.k.a. J. CHRIS CASTLE, and LARA KARAKASEVIC,<br><br>Defendants. | Civ. No. 10-CV-0613-GEB-EFB PS<br><br>**[PROPOSED] ORDER OF EXPUNGEMENT AND PERMANENT INJUNCTION** |

For the reasons set forth in the Order dated May 26, 2011, adopting the Findings and Recommendations filed by Hon. Magistrate Judge Edmund F. Brennan and granting the United States' Motion for Summary Judgment (ECF No. 45), the Court hereby finds as follows:

(1) Defendants have failed to plead or otherwise defend this case. The Court deems the Defendants to have admitted the allegations in the United States' Second Amended Complaint (ECF No. 29).

(2) Facts presented in the Declarations of Paul Enjalran, Renee Mitchell, Cheerlen Chang, and Christopher Phillips clearly show that the Defendants have filed UCC Financing Statements and Amendments against officers of the United States with the Secretary of State for the State of California.

(3) Facts presented in the Declarations of Paul Enjalran, Renee Mitchell, Cheerlen Chang, and Christopher Phillips demonstrate that none of them, as officers of the United States, has a relationship with the Defendants that would give rise to a legitimate notice of lien. It therefore clearly appears that the liens are frivolous. Furthermore, it clearly appears that the

- 1 -

1  liens were filed solely to retaliate against these IRS employees for their good-faith efforts to
2  enforce the tax laws against the Defendants.

3  (4) Plaintiff has demonstrated that the entry of this injunction is necessary and
4  appropriate to the enforcement of the internal revenue laws. 26 U.S.C. § 7402(a).

5  (5) In addition, Plaintiff has demonstrated that continued filings of frivolous liens
6  against its officers would cause it irreparable harm, because federal officers who face personal
7  reprisal through encumbrance of their property and damage to their credit record may be unable
8  to enforce the internal revenue laws vigorously and evenhandedly.

9  (6) Furthermore, Plaintiff has demonstrated that it has no adequate remedy at law
10 with respect to future frivolous lien filings, because it would suffer the irreparable harm
11 described above during the time in which it would be required to apply to a court to have the lien
12 filings stricken.

13 (7) The equities weigh in favor of Plaintiff because the Defendants have no basis for
14 filing nonconsensual liens against federal officers. Furthermore, an injunction is in the public
15 interest because it will help ensure that federal officers can apply the internal revenue laws free
16 of retaliation and harassment by Defendant.

17 WHEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

18 (1) It is hereby ORDERED that James C. Castle, a.k.a. J. Chris Castle, and Lara
19 Karakasevic, as well as any person acting on their behalf, shall be, and hereby are,
20 PERMANENTLY ENJOINED from filing any notices of lien, recording any documents, or
21 otherwise taking any action in the public records which purports to name a federal officer as a
22 debtor, appoint a federal officer as a trustee, or encumber the rights or the property of any federal
23 officer. The injunction in this paragraph shall not apply if James C. Castle, a.k.a. J. Chris Castle,
24 or Lara Karakasevic, shall first have prior permission to record the document from a United
25 States District Court, which permission shall also be recorded.

26 (2) For the purposes of the preceding paragraph, "federal officer" shall mean any
27 officer, employee, or agent of the United States or any of the agencies of the United States, or
28 any judge, magistrate judge, judicial officer, or judicial employee of the United States, regardless
of whether the officer, employee, or agent is named personally, in his or her official capacity, or

1 | in any other capacity.

2 |   (3) The Defendants are cautioned and advised that any violation of this injunction
3 | imposed by this Judgment may result in the imposition of appropriate civil or criminal sanctions
4 | as well as constituting contempt of court.

5 |   (4) It is hereby ORDERED that the UCC Financing Statement Filing Number 09-
6 | 7212189867, filed by Defendant James Castle with the Secretary of State for the State of
7 | California on October 23, 2009, is declared NULL, VOID, and of NO LEGAL EFFECT and
8 | shall be stricken and permanently EXPUNGED from the records of the Secretary of State for the
9 | State of California.

10 |   (5) It is hereby ORDERED that the UCC Financing Statement Filing Number 09-
11 | 7213771724, filed by Defendant James Castle with the Secretary of State for the State of
12 | California on November 9, 2009, is declared NULL, VOID, and of NO LEGAL EFFECT and
13 | shall be stricken and permanently EXPUNGED from the records of the Secretary of State for the
14 | State of California.

15 |   (6) It is hereby ORDERED that the UCC Financing Statement Filing Number 10-
16 | 7225380533, filed by Defendants James Castle and Lara Karakasevic with the Secretary of State
17 | for the State of California on March 12, 2010, is declared NULL, VOID, and of NO LEGAL
18 | EFFECT and shall be stricken and permanently EXPUNGED from the records of the Secretary
19 | of State for the State of California.

20 |   (7) It is hereby ORDERED that the UCC Financing Statement Filing Number 10-
21 | 7225386094, filed by Defendants James Castle and Lara Karakasevic with the Secretary of State
22 | for the State of California on March 12, 2010, is declared NULL, VOID, and of NO LEGAL
23 | EFFECT and shall be stricken and permanently EXPUNGED from the records of the Secretary
24 | of State for the State of California.

25 |   (8) It is hereby ORDERED that the UCC Financing Statement Amendment, Filing
26 | Number 10-72367455, filed by Defendants James Castle and Lara Karakasevic with the
27 | Secretary of State for the State of California on June 30, 2010, is declared NULL, VOID, and of
28 | NO LEGAL EFFECT and shall be stricken and permanently EXPUNGED from the records of
the Secretary of State for the State of California.

1     (9)    The United States may record this Judgment in the public records as necessary in
2 order to effectuate paragraphs (1) through (8) of this Judgment.

4 IT IS SO ORDERED.

6 DATED: 8-22-11

                                   GARLAND E. BURRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

11 Presented on June 3, 2011 by:

12 BENJAMIN B. WAGNER
United States Attorney

/s/ Kaycee M. Sullivan
14 KAYCEE M. SULLIVAN
U.S. Department of Justice
15 P.O. Box 683
Ben Franklin Station
16 Washington, D.C. 20044
Telephone: (202) 514-9593
17 Fax: (202) 307-0054
E-mail: kaycee.m.sullivan@usdoj.gov