September 2, 2011

From: me, a man, and agent for the:
JAMES C CASTLE
c/o 1535 Farmers Lane, #181
Santa Rosa, California 95405
Telephone: (707) 789-9691

**FILED**

SEP - 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

To Judges Chambers:
The Honorable Edmund F. Burrell
Magistrate Judge
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street
Sacramento, CA 95814

Reference: Case/Docket Number: Civil No. 2:10-cv-00613-GEB-EFB, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Dear Judge Burrell,

This is notice of disposition and settlement [Local Rule 160]. It is my sincere desire to spare the public continued unnecessary expense and to bring this matter to closure as soon as possible. Based on the law by the record and pleadings of the parties, I see no reason that Case/Docket Number: Civil No. 2:10-cv-00613-GEB-EFB should not be dismissed with prejudice and that the [PROPOSED] ORDER OF EXPUNGEMENT AND PERMANENT INJUNCTIOIN should not be withdrawn.

However, that would leave the liens outstanding against Mr. Enjalran, Ms. Chang, Mr. Phillips and Ms. Mitchell. To help resolve this matter, I am perfectly willing to work in good faith and release the liens against them. All that is necessary to ensure their release would be:
1. a return of the instruments sent to him (2) in which Mr. Enjalran did not give me credit.
2. a letter stating that any and all inquiry/pursuance of LARA KARAKASEVIC and JAMES C CASTLE and TTF CONSULTING be closed with prejudice.

Upon their return, and said letter, I will terminate said liens within 48 hrs. If the instruments in question have been cashed and credited somewhere in the system, and are no longer physically available, a simple certified check paid to JAMES C CASTLE, and sent the address of record will suffice.

Yours Truly,

_[signature]_